JUDGE COTE

11 CIV 8037

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ESTER KELEN,
individually and on behalf of
all others similarly situated,

        Plaintiff,

- against -

HSBC BANK NEVADA, N.A.

        Defendant.

----------------------------------------x

No.

CLASS ACTION

JURY DEMANDED

## COMPLAINT

1.    This action seeks redress for the illegal practices of Defendant HSBC Bank Nevada, N.A. (the "Bank"), for providing to customers of its Best Buy store credit card accounts ("Best Buy Store Card") disclosure statements that violated the Truth in Lending Act ("TILA").

2.    As alleged in greater detail below, the Bank failed to furnish disclosures in the full and timely manner mandated by the federal regulations governing the opening of such credit card accounts. More specifically, the Bank failed to properly apprise Best Buy Store Card customers of all rights and responsibilities of the parties in the event of a billing error or dispute. TILA requires creditors to furnish complete account-opening disclosures, including

1

"billing rights" disclosures, to a customer before the initial account transaction takes place, and the Bank failed to do so.

3.    TILA's purpose is to assure meaningful disclosure of credit terms in order to (i) allow consumers to compare more readily the various credit terms available; (ii) enable consumers to avoid the uninformed use of credit; and (iii) protect consumers against inaccurate and unfair billing practices. 15 U.S.C. § 1601(a). The Bank's conduct violates the express provisions of the TILA and the applicable Regulations.

4.    Under the private enforcement provisions of TILA, plaintiff and the Class seek the recovery of statutory damages of up to $1,000,000 with respect to each of the Bank's failures to comply.

*Jurisdiction and Venue*

5.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1337, as well as under 15 U.S.C. § 1640(e), because this action arises under the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq.*

6.    Venue is proper because the acts and transactions that give rise to this action occurred, in substantial part, in this District. Venue is also proper in this district because the Bank transacts business in this district and the interests of justice require maintenance of this action in this district.

*Parties*

7.    Plaintiff Ester Kelen resides in New York, New York, which is within this district.

2

8.    Kelen is a "consumer," as that term is defined by § 1602(h) of TILA, because this complaint arises from the Bank's offer and extension of credit to Kelen, a credit card holder, for personal, family or household purposes.

9.    Upon information and belief, the Bank is a corporation doing business in the State of Nevada and throughout the United States, with a principal place of business in Las Vegas, Nevada.

10.   The Bank is a "creditor," as that term is defined by § 1602(f) of TILA and Federal Reserve Board Regulation Z ("Regulation Z"), 12 C.F.R. § 226.2(a)(17), because at all relevant times, the Bank, in the ordinary course of its business, regularly – *i.e.*, more than 25 times a year – extended or offered to extend consumer credit for which a finance charge is or may be imposed, which is payable in more than 4 installments.

*Factual Allegations*

11.   Kelen is the holder of a Best Buy Store Card, a private-label credit card account issued by the Bank generally intended for the purchase of goods or services at Best Buy retail locations or on the Best Buy website.

12.   Kelen received disclosure documents from the Bank when she applied for and opened her Best Buy Store Card account on or about November 9, 2010, the relevant portion of which is attached as Exhibit A.

13.   All class members herein, as defined below, hold or held a Best Buy Store Card originally or presently issued by the Bank.

3

*Class Allegations*

14.   Kelen brings this action individually and on behalf of all persons similarly situated.

15.   The proposed class consists of all persons who, according to the Bank's records, upon applying for and opening a Best Buy Store Card account and making the initial purchase charged to that account within one year before the filing of this action were furnished billing rights disclosures with verbiage substantially similar to those contained in Exhibit A, which does not conform to the requirements of Regulation Z and TILA.

16.   Specifically excluded from this class are the Bank, any entity in which the Bank has a controlling interest, and the officers, directors, affiliates, legal representatives, heirs, successors, subsidiaries or assigns of any such individual or entity.

17.   The members of the class for whose benefit this action is brought is so numerous that joinder of all Class members is not practicable. In light of the tens of thousands of credit cards issued by the Bank every year, the number of class members is believed to be in excess of 1,000 persons.

18.   Kelen's claims are typical of, if not identical to, all members of the class and Kelen does not have any interest that is adverse or antagonistic to the interests of the class. If the conduct of the Bank violates TILA as applied to Kelen, then it violates TILA with respect to the entire class.

4

19.    Kelen will fairly and adequately protect the interests of the class as she is committed to the vigorous prosecution of this action and, to that end, has retained competent counsel experienced in complex litigation of this nature.

20.    The class is proper for certification under Rule 23(b)(2) of the Federal Rules of Civil Procedure. The Defendant's actions complained of herein are generally applicable to all Class members, thereby making final injunctive relief appropriate with respect to the class as a whole.

21.    The class is also proper for certification under Federal Rule of Civil Procedure 23(b)(3). A class action is superior to other available methods for the fair and efficient adjudication of the claims asserted herein. Because damages suffered by individual class members may be relatively small, the expense and burden of individual litigation make it impracticable for the class to seek redress individually for the wrongs they have suffered. Members of the class do not have a particular interest in individually controlling the prosecution of separate actions.

22.    There are questions of law and fact which are common to the members of the class and which predominate over questions affecting only individual members. Common questions of law and fact include, but are not limited to, whether the Bank has a standardized procedure by which it fails to disclose a credit customer's billing rights as required by TILA and Regulation Z.

23.    Upon information and belief, the Class consists of thousands of customers.

24.    Thus, a class action is an appropriate and superior method for the fair and efficient adjudication of the present controversy given the following factors:

a) Common questions of law and/or fact predominate over any individual questions which may arise and, accordingly, there would accrue enormous savings to both the Court and the Class in litigating the common issues on a class-wide instead of a repetitive individual basis; and

b) The aggregate volume of the individual class members' claims, coupled with the economies of scale inherent in litigating similar claims on a common basis, will enable this case to be litigated as a class action on a cost-effective basis, especially when compared with repetitive individual litigation.

25.    Class certification is also fair and efficient because prosecution of separate actions by individual Class members would create a risk of differing adjudications with respect to such individual members of the Class, which as a practical matter may be dispositive of the interests of other members not parties to the adjudication, or substantially impede their ability to protect their interests. Moreover, since the actual monetary damages suffered by, or statutory damages available to, individual Class members may be relatively small, although significant in the aggregate, the expenses and burdens of individual litigation make it impossible or effectively impossible for the members of the Class to seek individual redress for the TILA violations committed by Defendant.

26.    Plaintiff anticipates that there will be no difficulty in the management of this litigation. The records of the individuals encompassed within the Class are in Defendant's possession.

## COUNT I

### Violations of the Truth in Lending Act

27.      Plaintiff repeats and re-alleges each and every allegation contained in the foregoing paragraphs with the same force and effect as though fully set forth herein.

28.      Congress authorized the Federal Reserve Board ("FRB" or "Board") to promulgate regulations granting it broad authority to effectuate the purposes of TILA. 15 U.S.C. § 1604(a).

29.      The set of regulations that the FRB has promulgated to implement TILA is known as Regulation Z. 12 C.F.R. §226.1 *et seq.*

30.      TILA requires a creditor to disclose to a customer who is opening a new account, before the first transaction on the account is made, certain rights and responsibilities applicable to each party with respect to billing disputes "in a form prescribed by regulations of the Board." 15 U.S.C. § 1637(a)(7).

31.      Accordingly, the Board prescribed that creditors furnish each customer who is opening a new account a statement of billing rights "substantially similar" to that which appears in Model Form G-3(A) of Appendix G to Regulation Z ("Model Billing Rights Form"). 12 C.F.R. §226.6(b)(5)(ii).

32.      The notice of billing rights (the "Bank Notice") Defendant furnished Kelen, as seen in the portion of Exhibit A paginated as "12," is not substantially similar to the Model Billing Rights Form in language or substance. 12 C.F.R. § 226 Appendix G, Model Form G-3(A), reproduced as Exhibit B.

33.    The Bank Notice omitted a warning to consumers who would initiate billing-error correspondence to contact the creditor "[a]t least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong." 12 C.F.R. 226 Appendix G, Model Form G-3(A).

34.    The Bank Notice also omitted the creditor's responsibility, within 30 days of receiving a consumer's billing-error correspondence, to inform the consumer that it indeed received such correspondence, irrespective of whether the purported error had or had not already been corrected by then.

35.    The Bank Notice also omitted the preconditions governing the consumer's limited right not to pay for a purchase of goods or services when she is dissatisfied with that purchase; more specifically, it failed to disclose that in order for the consumer to exercise this right, the credit card itself must have been used for the purchase and the purchase must not have already been fully paid for.

36.    The Bank Notice also omitted the consumer's responsibility to contact the creditor in writing (or electronically) when she is dissatisfied with a purchase of goods or services in order to exercise that right not to pay the remaining amount due on the purchase.

37.    The Bank Notice also used language throughout that was dissimilar to that which is contained in the Model Billing Rights Forms. 12 C.F.R. 226 Appendix G, Model Form G-3(A).

38.    With respect to each of the Bank's violations of TILA, as alleged above, Plaintiff and the Class are entitled to recover up to $1,000,000 in statutory damages, together with costs and reasonable attorney fees. 15 U.S.C. § 1640(a)(2).

WHEREFORE, Plaintiff Ester Kelen prays on her behalf and on behalf of the Class that judgment be entered against Defendant as follows:

(1)    An order certifying the proposed Class under Federal Rule of Civil Procedure 23(b)(2) and, additionally or in the alternative, an order certifying the Class under Federal Rule of Civil Procedure 23(b)(3);

(2)    A declaration that the Bank's systematic and standard policy of furnishing Best Buy Store Card account-opening disclosures that insufficiently disclose the respective billing rights and responsibilities of credit customers and the Bank violates the Truth in Lending Act;

(3)    An injunction permanently prohibiting the Bank from engaging in the conduct described;

(4)    Maximum statutory damages as provided under 15 U.S.C. § 1640(a)(2);

(5)    Attorney fees, litigation expenses, and costs; and

(6)    Such other and further relief as to this Court may seem just and proper.

9

*Jury Demand*

Plaintiff respectfully requests a trial by jury.

Dated:  New York, New York
        November 8, 2011

                                        Respectfully Submitted,

                              By:

                                        Michael N. Litrownik
                                        One of Plaintiff's Attorneys

Attorneys for Plaintiff

Michael N. Litrownik
Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7906

Harley J. Schnall
Law Office of Harley J. Schnall
711 West End Avenue
New York, NY 10025
(212) 678-6546

# Exhibit A

Important Account
Information Regarding

## The Best Buy® Card

Customer- This number will be
used to validate that you received
Account Terms. Please enter this
number into the signature pad
when prompted:

**7322**





**Effective
8/01/10**

RZCC-PS1-01 (8/10)

HSBC PRE-APPROVED ACCOUNT TERMS / TERMINOS Y CONDICIONES PRE-INVESTIGADOS DE HSBC

*English*

In responding to this offer, you are requesting a Best Buy Credit Card from HSBC Bank Nevada, N.A. and requesting enrollment in the Reward Zone program, which is managed by Best Buy. You received this offer because you satisfied our criteria of creditworthiness. You must activate your Reward Zone program at MyRewardZone.com. If you accept this offer and you no longer meet this criteria or applicable criteria based on your creditworthiness, HSBC may refuse to extend credit to you. You agree that HSBC Bank or our affiliates may check credit information on you from whatever source we choose, including obtaining a current credit bureau on you in connection with our review of your Acceptance Certificate. This offer is void if you currently have a Best Buy Credit Card. This offer is non-transferable. You acknowledge that you have read and received a copy of the Pre-Approved Terms and Conditions before making any purchases under this account. You must be at least the age of majority to be eligible and the issuance of a credit card is subject to verification of all information you have supplied. If you have a credit card issued by HSBC Bank Nevada, N. A., you may not qualify for this offer.

You agree that you are furnishing all such information to both Best Buy, and to HSBC, an issuer of the Best Buy credit card. By a) signing, using or permitting others to use this Card; b) signing or permitting others to sign sales slips and/or; c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of the Cardholder Agreement and Disclosure Statement (which includes an arbitration provision) which shall be sent to you with the credit card. You grant HSBC a purchase money security interest in the goods purchased on your Account. Enrollment in Reward Zone program is not based on creditworthiness. In the event your credit application for the Card is declined, you may enroll in the Reward Zone program separately (ask a store representative to find out how). You understand and agree that participation in Reward Zone program requires your name, address and telephone number be provided to Best Buy. By enrolling in the Reward Zone program, you agree to receive marketing communications from Best Buy, unless you opt-out by calling Best Buy at 1-888-BEST BUY. You understand that HSBC may provide information relating to our transactions and experiences with you to others, including Best Buy, whether or not you are approved for credit. You may prohibit the sharing of such information by calling HSBC at 1-800-365-3804. The Spanish translation has been provided for your convenience. In case of conflict, the English version is the binding contract and will govern. Some future correspondence may only be available/provided in English.

By signing below, you hereby accept as notice in writing and consent to the collection, use and disclosure of information about you as outlined in the HSBC Bank Nevada, N.A. Privacy Statement, including the receipt and exchange of credit report and personal information about you from credit reporting agencies, credit bureaus, our affiliates and other sources."

---

**IMPORTANT INFORMATION:**
**ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.
**What this means for you:**
When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

2

---

## HSBC
## Privacy Statement

**Introduction – Our Commitment to You**
HSBC is proud to be part of a financial services organization that has been providing superior products and services for more than 150 years. We greatly appreciate the trust that you and millions of customers have placed in us, and we protect that trust by continuing to respect the privacy of all our applicants and customers even if our formal customer relationship ends.

This Privacy Statement illustrates our commitment to your privacy and explains our privacy practices to help you understand how we protect and use your information.

We may change our privacy practices at any time as permitted by law, and if we do so, we will provide you with notice as required.

**How We Handle Information We Collect**
It is important for you to know that in order to ensure that our customers get the very best service and the highest quality products, and to develop new products, HSBC collects demographic information (like your name, address, and social security number) and credit information (like information from your application, your credit report or related to your accounts with us). In some instances, we obtain information about you directly from the merchant or dealer. In addition, if you visit our website, we may collect certain information about your Internet usage.

Because some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access, and we will not share the information in violation of any regulation or law. HSBC diligently maintains physical, electronic and procedural safeguards that comply with applicable laws to guard your private personal information and to assist us in preventing unauthorized disclosure or access to that information.

**How We Protect Your Privacy Online**
Our website offers you the opportunity to view your current account information and make payments online, in addition to providing general information about our company and products. You may view our Privacy Statement when you visit our website by clicking on the "Privacy/Security" link.

To help us learn which products, services and sections of our websites interest you, and to improve your experience, we may use "cookies." Cookies are small files that our web server places on your hard drive to track activity on the website during a browsing session, and across multiple sessions. We also use cookies to "remember" which online service you last logged into, so that we can pre-select that service on your next visit. The cookies we set contain no personal information. Cookies can only track activity on our website, and cannot be read by any non-HSBC websites.

We may also use online profiling to help us better understand your individual financial needs. This information does not identify you personally unless you voluntarily give us personal information while online.

We also work with other third parties to learn more about activity on our website. These vendors use "web beacons," "tracking pixels," "third party cookies" and other similar technologies to gather user demographics and usage patterns, which help us improve the effectiveness of our marketing and of our website design. These vendors do not share any personally identifiable information about you.

**How We Share Information within the HSBC Family of Companies**
From time to time, for general business purposes or when we think it may benefit you, we share certain information with other companies within the HSBC family of companies (our "Affiliates"), except as prohibited by applicable law. We may also provide information to Affiliates that perform operational services related to your account(s). These Affiliates all provide financial services, such

3

*English*

as banking, consumer finance, insurance, mortgage, and brokerage services. Some examples include companies doing business under the names HSBC, HFC®, Household, or Beneficial®. We may also share certain information with non-financial service providers that become affiliated with us in the future (such as travel, auto, or shopping clubs), except as prohibited by applicable law. The information we share might come from your application, for instance your name, address, telephone number, social security number, and e-mail address. Also, the information we share could include your transactions with us or our Affiliates (such as your account balance, payment history, and parties to the transaction), your internet usage, or your credit card usage.

### How We Share Information with Your Merchant/Dealer

We may share non-public personal information with the merchant or dealer in whose name your credit card is issued, which the merchant or dealer may use to market you for products and services unrelated to your account with us. The information we provide them may come from your application and might include your name, address, and telephone number. You may tell us not to share such information with the merchant or dealer for purposes unrelated to your account with us by calling the phone number listed below. For Vermont residents, Vermont law requires us to obtain your permission to share information about you in this way and we have chosen not to share your information in this way.

### How We Share Information outside the HSBC Family of Companies (Other than Your Merchant/Dealer)

Except for California or Vermont residents, we may share information with companies outside of the HSBC family of companies (i.e. Non-Affiliates) that are able to extend special offers that we feel might be of value to you. These companies may be financial services providers (such as mortgage bankers, insurance agents or a re-insurer) or they may be non-financial companies (such as retailers or marketing companies). These offers are typically for products and services that you might not otherwise hear about. The information that we may provide Non-Affiliates comes from the sources described above and might include your name, address, phone number, and information about your account with us.

For California and Vermont residents, applicable law requires us to obtain your permission in order to share information about you with Non-Affiliates, and so we have chosen not to share your information in this way while you are a resident of California or Vermont.

We may also provide information to Non-Affiliates that perform operational services for your account such as, collection, fraud control and marketing. The sharing of information with these types of Non-Affiliates is permitted by law. This might include a financial company (such as an insurance service provider) or a non-financial company (such as a data processor or internet service provider) with whom we have a service agreement. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us.

Finally, we provide information about you to Non-Affiliates as permitted by law. These may include credit reporting agencies and companies which provide services related to your account.

### Your Choices to Limit Sharing

#### How to Opt-Out of Sharing with Our Affiliates in the HSBC Family of Companies

If you do not want us to share your credit report information with our Affiliates (unless we are permitted or required by law to do so), please let us know by simply calling us toll-free at 1-800-365-3804. If you have previously informed us of your preference, you do not need to do so again. This request will not apply to information about your transactions or experience with us such as account information, account usage, or payment history) and will only apply to the HSBC account(s) that you designate in your request.

### How to Opt-Out of Sharing with Your Merchant/Dealer (Except for residents of Vermont)

If you do not want us to share your non-public personal information with the merchant/dealer (unless we are permitted or required by law to do so), please let us know by simply calling us toll-free at 1-800-365-3804 with your account number(s). If you have previously informed us of your preference about this account, you do not need to do so again. This request will only apply to the HSBC account(s) that you designate in your request.

### How to Opt-Out of Sharing with Non-Affiliates (Other than Your Merchant/Dealer) (Except for residents of California and Vermont)

If you do not want us to share your non-public personal information with Non-Affiliate companies (unless we are permitted or required by law to do so), please let us know by simply calling us toll-free at 1-800-365-3804. If you have previously informed us of your preference about this account, you do not need to do so again. This request will only apply to the HSBC account(s) that you designate in your request.

### Your Choice to Limit Marketing

- Federal law gives you the right to limit some but not all marketing from our Affiliates. Federal law also requires us to give you this notice to tell you about your choice to limit marketing from our Affiliates.

- You may limit our Affiliates in the HSBC family of companies, such as our insurance and consumer finance affiliates, from marketing their products or services to you based on your personal information that we collect and share with them. This information may include your income, your account history with us, and your credit history with us.

- Your choice to limit marketing offers from our Affiliates will apply for at least 5 years from when you tell us your choice. If you have previously informed us of your preference, you do not need to do so again within the 5 year period. Once that period expires, you will receive a renewal notice that will allow you to continue to limit marketing offers from our Affiliates for at least another 5 years.

**To limit marketing offers, you may call us at 1-800-365-3804.**

### Joint Accounts

For all opt-out types made available under this Privacy Statement, an opt-out request by any party on a joint account will apply to all parties on the joint account.

### Special Notice for Vermont Residents

HSBC does not share your information with Affiliates, other than information relating to your account transactions and our experiences with you, except as permitted or required by applicable law.

This Privacy Statement applies to your credit card issued by HSBC Bank Nevada, N.A. and Household Card Services, Inc.

"Affiliates" are companies that are related to us by common ownership or corporate control. Our Affiliates include companies such as HFC®, Beneficial®, Household Insurance Group Holding Company, and HSBC companies such as HSBC Bank USA, N.A., HSBC Mortgage Corporation (USA), HSBC Credit Centre Inc., HSBC Auto Finance Inc., HSBC Bank Nevada, N.A., and Solstice Capital Group.

<div style="border:1px solid">

You can choose to stop receiving "pre-approved" offers of credit or insurance from this and other companies by calling toll-free 1-888-567-8688. See **"PRESCREEN & OPT-OUT NOTICE"** on other side for more information about pre-approved offers.

</div>

## English

*Truth In Lending Disclosure Chart For Best Buy Credit Card*

| Interest Rates and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | **25.24%** This APR will vary with the market based on the Prime Rate. |
| Penalty APR and When It Applies | **29.99%** This APR will vary with the market based on the Prime Rate.<br><br>This APR may be applied to your account if you make a late payment.<br><br>**How Long Will the Penalty APR Apply?:** If your APRs are increased for this reason, the Penalty APR will apply until you make the next six consecutive minimum payments when due. |
| How to Avoid Paying Interest on Purchases | Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $2.00. |
| For Credit Card Tips from the Federal Reserve Board | To learn more about factors to consider when applying for or using a credit card, visit the website of the Federal Reserve Board at http://www.federalreserve.gov/creditcard. |

| Fees | |
|---|---|
| Annual Fee | None |
| Penalty Fees<br>• Late Payment | $10 if balance is less than or equal to $100; $29 if balance is between $100.01 and $500; or $39 if balance is more than $500. |
| • Over The Credit Limit | None |
| • Returned Payment | $25 |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new purchases)". See your Cardholder Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Cardholder Agreement.

6

**NOTICE FOR MARRIED WISCONSIN RESIDENTS:** No provision of a marital property agreement (including a Statutory Terminable Marital Property Classification Agreement under Sec. 766.588 Wis Stats., or a Statutory Terminable Individual Property Classification Agreement under 766.70) adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. If you are married, by submitting your credit card application you are confirming that this credit card obligation is being incurred in the interest of your marriage and your family. If the credit card for which you are applying is granted, you will notify the Bank if you have a spouse who needs to receive notification that credit has been extended to you.

**NOTICE FOR CALIFORNIA RESIDENTS:** California law requires that we inform customers that should they fail to fulfill the terms of their credit obligation, a negative report reflecting on their credit record may be submitted to a credit reporting agency. If you are married, you may apply for credit in your own name.

**NOTICE FOR FLORIDA RESIDENTS: You (borrower) agree that, should we obtain a judgment against you, a portion of your disposable earnings may be attached or garnished (paid to us by your employer), as provided by Florida and Federal law.**

**NOTICE FOR MAINE RESIDENTS:** We may request a consumer report in connection with your application for credit. You may ask whether a consumer report was obtained by us and we will tell you the name and address of the consumer reporting agency, if a report was obtained.

**NOTICE FOR NEW YORK RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report. New York residents may contact the New York state banking department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department: 1-800-522-3330.

**NOTICE FOR OHIO RESIDENTS:** The Ohio Laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**NOTICE FOR VERMONT RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report.

**IMPORTANT TERMS OF BEST BUY CREDIT CARD**

**1. INTEREST CHARGES:** (a) Interest Charges are calculated separately for each Promotional Credit Plan and each Regular Credit Plan (each a "Credit Plan"). Promotional Credit Plans with different promotional due dates or terms are treated as different Credit Plans for this purpose. The total Interest Charge for the billing cycle is the sum of the Interest Charge for each Credit Plan, subject to the minimum Interest Charge under Section 2.

(b) ) Interest Charges are imposed on purchases from the transaction date until paid in full, except that no Interest Charge is imposed in a billing cycle on:

(i) a new purchase on a Regular, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the cycle;

(ii) any balance on a Regular, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the cycle;

(iii) a purchase on a Waived Interest Charge Credit Plan for the specified promotional period;

7

...by a purchase on a Same As Cash Credit Plan if the full cash sales price is paid in full before the promotion expiration date.

c) If an Interest Charge is imposed on a Credit Plan other than a Same As Cash Credit Plan, the amount will be determined by multiplying the applicable Daily Periodic Rate times the Daily Balance for the Credit Plan for each day in the cycle, and adding the results of those calculations together.

d) If an Interest Charge is imposed on a Same As Cash Credit Plan during a cycle, the amount will be the sum of the following daily interest Charge calculations for the current billing cycle (the current cycle and during each of the prior billing cycles (each a "Prior Cycle") from the transaction date of the purchase through the current cycle: (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the current cycle; and (ii) the applicable Daily Periodic Rate for each Prior Cycle times the Daily Balances of the Credit Plan for each day during each Prior Cycle.

(e) The "Daily Balance" of a Credit Plan is determined by taking the opening balance of the Credit Plan for that day, and adding 1) any new purchases made on the Credit Plan that day, 2) the previous day's Interest Charges, 3) any credit insurance premiums or debt cancellation fees (if applicable) incurred on that day and 4) any late fees, over the credit limit fees, returned payment fees or other fees incurred on that day and subtracting any payments or credits applied to the Credit Plan that day. If your Account is subject to a grace period during the billing cycle, payments made during that cycle will be subtracted from all Daily Balances in the current cycle. For any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period. If a transaction for a returned payment or a dispute resolved in your favor posts after the beginning of the billing cycle, the applicable Daily Balance(s) and any related Interest Charge calculations will be adjusted retroactively to include the transaction amount as of the date of the original transaction.

(f) The Daily Periodic Rate which is used to determine your Interest Charges and the corresponding Annual Percentage Rate, will be variable rates which may change monthly. The Daily Periodic Rate will be one-three hundred sixty fifth of the sum of the U.S. prime rate published in the Money Rates table of *The Wall Street Journal* that is in effect the last day of the month ("Prime Rate") plus a "Spread" of 21.99 percentage points for the Standard Rate and a "Spread" of 26.74 percentage points for the Penalty Rate. Any changes in the Prime Rate will take effect on the first day of your billing cycle beginning in the next month.

The maximum rate of Interest Charge for the Standard Rate is a Daily Periodic Rate of .08216% (corresponding 29.99% Annual Percentage Rate). The maximum rate of Interest Charge for the Penalty Rate is a Daily Periodic Rate of .08216% (corresponding 29.99% Annual Percentage Rate). For example, as of the billing cycle beginning August 1, 2010, the Interest Charge for the Standard Rate would have been a Daily Periodic Rate of .06915% (corresponding 25.24% Annual Percentage Rate) and the Interest Charge for the Penalty Rate would have been a Daily Periodic Rate of .08216% (corresponding 29.99% Annual Percentage Rate). An increase in the Prime Rate will increase your applicable Daily Periodic Rate, which may increase the Interest Charge and the Minimum Payment due on your Account. Your APR may increase to the Penalty APR if we fail to receive your minimum payment with in 60 days when due. You will no longer be eligible for the Standard Rate and all existing Promotional Credit Plans will terminate, and your entire Account balance will be subject to the Penalty Rate. If your Account becomes subject to the Penalty APR, we will provide advance notice before the new Penalty APR goes into effect. If you make the next six consecutive on time minimum payment starting with your first payment due once the Penalty APR goes into effect, your rates will return to the non-penalty APR(s) applicable to your Account. If you do not make these six consecutive on time minimum payments, we may keep the Penalty APR on your Account indefinitely.

**2. MINIMUM INTEREST CHARGE:** A Minimum Interest Charge of $2.00 will be assessed for each billing cycle in which an Interest Charge is payable.

**3. FEES:** We may impose on your Account the following fees, which will be added to your Account when assessed:

a) **Late Payment Fee:** Your Late Payment Fee will be based on your combined account balance at the time of your payment due date. If you fail to pay us the Minimum Payment Due in full by the Payment Due Date on your billing statement, you agree to pay a Late Payment Fee of $10

for combined account balance of $100 and below; $20 for combined account balance of $100.01 to $500; and $39 for combined account balance of $500.01 and over.

b) **Returned Payment Fee:** You agree to pay $25 each time any payment on your Account is returned unpaid by your bank or other financial institution for any reason.

c) **Research Fees:** A Research Fee may be assessed to the Account for each copy of a requested document. The amount of this fee will be disclosed at the time such copies are requested.

d) **Reissued Card Fee:** You may be charged $5 each time you request that your credit card be reissued.

e) **Payment by Phone Fee:** A Payment by Phone Fee may be assessed to the Account each time a payment is made by telephone, even if the payment is made by someone other than you. The amount of this fee will be disclosed at the time such payment is requested.

f) **Over the Credit Limit Fee:** In the event you exceed your credit limit, you will be charged an Over the Credit Limit Fee of $0.

g) **Collection Costs:** If, after you default, we refer your Account to an attorney and/or collection agency for collection, we may charge you our collection costs, including court costs and reasonable attorneys' fees, when and as permitted by applicable law.

**4. SECURITY:** Except as indicated below, you grant us a purchase money security interest in the goods purchased with your Card and in all insurance contracts and all proceeds, returned premiums, mechanical failure and extended service contracts, and refunds of charges for mechanical failure and extended service contracts financed therewith. Each good purchased on your Account will secure the entire Account balance until such good is paid in full. For purposes of determining which goods are subject to a security interest, payments received will be deemed to be applied first to any unpaid insurance premiums or debt cancellation fees (if applicable), Interest Charges and fees and then to pay for purchases on the Account in the order in which they were made. When sufficient payments are made to repay the portion of the Account balance attributable to the purchase of a particular good, we will release our purchase money security interest in that good. Goods covered by a security interest may be taken from you if you do not pay on time. We may require you to make them available at a convenient place of our choice. We take no security interest in goods where the original purchase price is less than $200 if you live in New York and in goods where the original purchase price is less than $700 if you live in Maryland. If we repossess any goods purchased with your Card, we may charge you our repossession cost including, but not limited to, necessary repairs, storage fees and costs of sale, when and as permitted by law.

**5. ARBITRATION:**

**Federal Arbitration Act**

This arbitration provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA"). The arbitrator shall apply applicable substantive law consistent with the FAA and provide written reasoned findings of fact and conclusions of law upon written request as set forth in the applicable arbitration association procedures. The arbitrator's award shall not be subject to appeal except as permitted by the FAA. Judgment upon the award may be entered in any court having jurisdiction.

**Claims and Arbitration Administrators**

This arbitration provision shall apply to any Claim (defined below) by or against us, or you or any other Covered Person (defined below). You agree any claim, dispute, or controversy (whether based upon contract; tort, intentional or otherwise; constitution; statute; common law; or equity and whether preexisting, present or future), including initial claims, counterclaims, cross-claims and third party claims, arising from or relating to (a) this Agreement, the application, your Account, any transaction or activity involving any payment or failure to make payment on your Account, or any solicitation, advertisement, promotion, or oral or written statements related to this Agreement or your Account, (b) the relationships which result from this Agreement and your relationship with any Covered Person pursuant to the criteria in the immediately preceding subsection or (c) the scope, validity or enforceability of this arbitration clause, any part thereof or the entire Agreement (any of the foregoing a "Claim"), shall be resolved, upon the election of you, us, or any other Covered Person described below, by binding arbitration pursuant to this arbitration provision and the applicable rules or procedures of the arbitration administrator or the

"Administrator") selected at the time the Claim is filed or received by a party to the Claim. The party initiating the arbitration proceeding shall have the right to select one of the following Administrators: Judicial Arbitration & Mediation Services, Inc. ("JAMS") or the American Arbitration Association ("AAA"). The arbitrator shall be a lawyer with more than ten years experience or a retired or former judge. The rules and forms of JAMS and AAA may be obtained by writing to these organizations at the addresses listed under Further Information below. Our address for service of process under this provision is HSBC Bank Nevada, N.A., P.O. Box 98740, Las Vegas, NV 89193-8740.

**Small Claims Exemption**
We agree not to invoke our right to arbitrate an individual Claim you may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. However, if that Claim is transferred or appealed to a different court, we reserve our right to elect arbitration at such time.

**Location of Arbitration and Fees**
Any participatory arbitration hearing that you attend will take place in a location that is reasonably convenient to you. On any Claim you file, you will pay the first $50 of the filing fee. At your request we will pay the remainder of the filing fee and any administrative or hearing fees charged by the Administrator on any Claim submitted by you in arbitration up to a maximum of $1,500. If you are required to pay any additional fees to the Administrator, we will consider a request by you to pay all or part of the additional fees; however, we shall not be obligated to pay any additional fees unless the arbitrator grants you an award. If the arbitration grants an award in your favor, we will reimburse you for any additional fees paid or owed by you to the Administrator up to the amount of the fees that would have been charged if the original Claim had been for the amount of the actual award in your favor. The parties shall bear the expense of their respective attorney's fees, except as otherwise provided by law. If a statute gives you the right to recover any of these fees, or the fees paid to the Administrator, those statutory rights shall apply in the arbitration notwithstanding anything to the contrary contained herein. If the arbitrator issues an award in our favor, you will not be required to reimburse us for any fees we have previously paid to the Administrator or for which we are responsible.

**Covered Persons**
This arbitration provision covers Claims by or against (a) us, any corporate parent, subsidiary, or affiliate, any predecessor or successor of the foregoing, and any officer, director, employee, agent or representative of any of the aforementioned, (b) you and any authorized user, and (c) any other person claiming through you or any authorized user, and (c) any other person assisting us in offering Cards, administering Accounts or providing Card related benefits or services ("Covered Persons"). If a Claim that is within the scope of the first paragraph of the "Claims and Arbitration Administrators" paragraph above is advanced by or against any third person, and any of the persons mentioned in the previous sentence is involved as a party, then the entire Claim is subject to arbitration under this Agreement, including any Claim by or against any third person.

**Protection of Information**
The rules and procedures of the Administrator, which you may obtain from that organization, shall govern the arbitration unless they conflict with this arbitration provision, in which case this arbitration provision will control. The arbitrator will not be bound by judicial rules of procedure and evidence that would apply in a court, nor to state or local laws that relate to arbitration proceedings. If you or we request, the arbitrator will honor claims of privilege recognized under applicable law and will use best efforts to protect confidential information (including through use of protective orders).

**Parties to Arbitration**
Arbitration shall be conducted in the name of individually named parties. Unless all parties consent, neither you nor we may join, consolidate, or otherwise bring claims regarding two or more accounts, individuals, or account holders in the same arbitration, other than Covered Persons, joint applicants or authorized users of an account. There shall be no class actions, private attorney general actions, or other representative or collective actions, in an arbitration, even if the underlying dispute has been asserted in a court as a class action, private attorney general action, or other representative or collective action. No party may advance a Claim in arbitration on behalf of or against a person in a representative or collective capacity, or on behalf of or against a person who is not an individually named party to the arbitration; nor

may a party seek an award or benefit in arbitration on behalf of or against a person who is not an individually named party. The arbitrator shall not have authority to resolve any claim advanced by or on behalf of anyone who is not an individually named party, and shall not have the authority to make an award for the benefit of, or against, anyone who is not an individually named party. No class actions or joinder or consolidation of any Claim with the claim of any other person are permitted in arbitration without the express written consent of you and us. These limitations are hereafter referred to as the "Class Action Waiver."

The parties to this Agreement acknowledge that the Class Action Waiver is material and essential to the arbitration of any Claims between the parties and is nonseverable from this arbitration provision. If the Class Action Waiver is limited, voided or found unenforceable, then the parties' agreement to arbitrate (except for this sentence) shall be null and void with respect to such proceeding, subject to the right to appeal the limitation or invalidation of the Class Action Waiver. You and we acknowledge and agree that under no circumstances will a class action be arbitrated.

**Decision and Appeal**
The arbitrator shall resolve all Claims, including the applicability of this arbitration provision or the validity of the entire Agreement, except for any Claim challenging the validity of the Class Action Waiver, which shall be decided by a court. The arbitrator's decision will be final and binding unless you or we seek an appeal of the award by making a written request to the Administrator within the timeframe specified in the Administrator's rules. In the event of such an appeal, an appeal panel consisting of three arbitrators will consider all factual and legal issues anew, will conduct the appeal in the same manner as the initial arbitration, and, will make decisions based on the vote of the majority. The panel's decision will be final and binding. Any final decision of the arbitrator or of the appeal panel is subject to judicial review only as provided under the FAA. An award in arbitration will be enforceable under the FAA by any court having jurisdiction.

**Consequences of Electing Arbitration**
THE PARTIES ACKNOWLEDGE THAT THEY HAVE A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.

**Further Information**
You may contact, obtain the arbitration rules of, or file a Claim with JAMS or AAA as follows:

| | |
|---|---|
| Judicial Arbitration & Mediation Services, Inc. | American Arbitration Association |
| 620 Eighth Ave., 34th Floor | 1633 Broadway, Floor 10 |
| New York, NY 10018 | New York, NY 10019 |
| www.jamsadr.com | www.adr.org |

**Miscellaneous**
This arbitration provision shall survive termination of your Account as well as the repayment of all amounts borrowed hereunder. In the event of a conflict or inconsistency between the rules and procedures of the Administrator and this arbitration provision, this arbitration provision shall govern.

**Opt Out of Arbitration**
You may reject this arbitration provision without penalty. To do so, you must send HSBC, c/o HSBC Bank Nevada, N.A., P.O. Box 98740, Las Vegas, NV 89193-8740 a signed writing ("Rejection Notice") that is received within thirty (30) days after the date you receive this arbitration provision. The Rejection Notice must identify the transaction involved and must include your name, address, and social security number and must be signed by all persons contractually obligated to your account.  You may send the Rejection Notice in any manner you see fit as long as it is received at the specified address within the specified time. No other methods can be used to reject the arbitration provision. If the Rejection Notice is sent on your behalf

## English

by a third party, such third party must include evidence of his or her authority to submit the Rejection Notice on your behalf.

**8. MONITORING PRACTICES:** You agree that our supervisory personnel may listen to and record telephone calls between you and our representatives in order to evaluate the quality of our service to you and other cardholders.

The information about the costs of the Card described in this Important Terms of Best Buy Credit Card is accurate as of August, 2010. This information may have changed after that date. To find out what may have changed write to us at 1111 Town Center Drive, Las Vegas, Nevada 89144.

### YOUR BILLING RIGHTS—KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error.
• If you need more information, describe the item you are not sure about.

**Your Rights and Our Responsibilities After We Receive Your Written Notice:** We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including interest charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. If we find that we made a mistake on your bill, you will not have to pay any interest charges related to any questioned amount. If we didn't make a mistake, you may have to pay interest charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due. If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow those rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right: (a) You must have made the purchase in your home state or, if not within your home state within 100 miles of your current mailing address; and (b) The purchase price must have been more than $50. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

### Account Shield℠ Plus Disclosure Statement

Purchase of the Account Shield Plus package is optional and will not affect your application or the terms of any existing credit you have with HSBC Bank Nevada, N.A. or HSBC Bank USA, N.A.

Account Shield Plus can cancel all or a portion of Your account balance upon the occurrence of certain Qualifying Events, such as: Property Damage or Loss, Involuntary Unemployment, Temporary Disability, Leave of Absence, Life Events (includes: Adoption or birth of a child, Marriage, Move to a new residence or purchase a new home, Acceptance and Entry into a College program, New Job, Retirement, Becoming a party to a divorce or legal separation proceeding or a Milestone birthday of 20, or every 10th birthday thereafter), Identity Theft, Skilled Nursing/Hospitalization, Permanent Disability, or Loss of Life.

Account Shield Plus benefits include:

• Balance cancellation equal to (a) the cost to repair the damaged or stolen merchandise purchased on the account if such merchandise is repairable; or (b) the cost of replacing the damaged or stolen merchandise purchased on the account without deduction for depreciation, if such merchandise is not repairable.

• Cancellation of 10% of your account's balance on the first day of the Qualifying Event, and each month that the requirements for the benefit are met for Temporary Disability, Involuntary Unemployment, Leave of Absence, and Skilled Nursing/Hospitalization.

• Cancellation of three minimum payments for Identity Theft or Life Events (Marriage, Divorce, Birth or Adoption of a Child, Move to a New Residence or Purchase of a New Home, New Job, Retirement, Acceptance, Entry into College program, and Milestone Birthdays).

• Full balance cancellation, limited to transactions posted prior to the qualifying event, in the case of loss of life and permanent or total disability.

The monthly fee for Account Shield Plus is $1.30 per $100 of the average daily balance on Your account (including any deferred balance). Account Shield Plus remains in effect until you or we terminate it. You may terminate Account Shield Plus at any time. Account Shield Plus terminates automatically if a) your Account is closed due to bankruptcy, fraud, or your death b) your Account has been referred to an attorney for collection, or c) your Account becomes more than three billing cycles delinquent. We can terminate Account Shield Plus at any time upon written notice to you.

Before you are required to pay, you will receive a Account Shield Plus Addendum to your Cardmember Agreement and Additional Disclosure Statement explaining the benefits and terms of the program. There are eligibility requirements, conditions, and exclusions that could prevent you from receiving benefits under Account Shield Plus. You will find a complete explanation of the eligibility requirements, conditions, and exclusions in the applicable sections of the Account Shield Plus Addendum.

#### Account Shield Plus Satisfaction Promise

A complete explanation of Account Shield Plus can be found in the Account Shield Plus Addendum which will be mailed to you after you enroll. Your satisfaction is important to us and you may cancel at any time by calling (800) 365-6256. If you cancel Account Shield Plus within sixty (60) days of enrollment, you will receive a full credit of all related fees charged. Otherwise, Account Shield Plus will continue to be conveniently billed to your credit card Account until terminated.

### Reward Zone® program Rules

For most current Rules, see MyRewardZone.com®.

Membership begins when you activate your membership at MyRewardZone.com. Communications about the program, including changes, primarily will be electronic by e-mail or on MyRewardZone.com

si dicha mercancía puede repararse; o (b) el costo de reemplazo de la mercancía dañada o robada que se haya comprado con cargo a la cuenta, sin deducción de la depreciación, si dicha mercancía no puede repararse.

- Cancelación del 10% del saldo de su cuenta en el primer día del Suceso Calificado, y luego cada mes que se cumplan los requisitos del beneficio, para Incapacidad Temporal, Desempleo Involuntario, Permiso de Ausencia Laboral y Enfermería Calificada/Hospitalización.
- Cancelación de tres pagos mínimos para Robo de Identidad o Acontecimientos de la Vida (matrimonio, divorcio, nacimiento o adopción de un niño, cambio a una nueva residencia o compra de una vivienda nueva, empleo nuevo, jubilación, aceptación e ingreso en un programa de estudios superiores y cumpleaños especiales).
- Cancelación del saldo total, limitado a las transacciones asentadas antes del suceso calificado, en caso de fallecimiento o incapacidad permanente o total.

La cuota mensual de Account Shield Plus es de $1.39 por cada $100 del saldo diario promedio de su cuenta (incluidos saldos diferidos). Account Shield Plus permanecerá vigente hasta que sea terminado por usted o por nosotros. Usted puede terminar Account Shield Plus en cualquier momento. Account Shield Plus terminará automáticamente si a) su Cuenta es cerrada debido a bancarrota, fraude o su fallecimiento; b) su Cuenta ha sido remitida a un abogado para cobranza; o c) su Cuenta tiene más de tres ciclos de facturación en estado de morosidad. Podemos terminar Account Shield Plus en cualquier momento, previo aviso por escrito enviado a usted.

Antes de que tenga la obligación de pagar, recibirá el Suplemento Account Shield Plus de su Acuerdo del Titular de la Tarjeta y Declaración Informativa Adicional, donde se explican los beneficios, términos y condiciones del programa. Hay requisitos de elegibilidad, condiciones y exclusiones que podrían impedir que usted recibiera beneficios de Account Shield Plus. Encontrará una explicación completa de los requisitos de elegibilidad, condiciones y exclusiones en las secciones correspondientes del Suplemento de Account Shield Plus.

***Promesa de satisfacción de Account Shield Plus***

Encontrará una explicación completa de Account Shield Plus en el Suplemento de Account Shield Plus que se le enviará por correo después de su inscripción. Su satisfacción es importante para nosotros, por lo que usted podrá terminar el programa en cualquier momento con sólo llamar al (800) 365-6256. Si usted termina Account Shield Plus dentro de los sesenta (60) primeros días a partir de la fecha de inscripción, se le devolverán todas las cuotas y cargos relacionados que se le hayan cobrado. De lo contrario, Account Shield Plus seguirá facturándose de manera conveniente a su Cuenta de Tarjeta de crédito, hasta que su participación en el programa sea terminada.

## Reglas del programa Reward Zone®

**Para conocer las Reglas más recientes, visite MyRewardZone.com®.**

La membresía comienza al activar la misma en MyRewardZone.com. Las comunicaciones acerca del programa, incluyendo cambios, serán principalmente electrónicas por e-mail o en MyRewardZone.com

This page is intentionally left blank

# Exhibit B

G–3(A)—Long-Form Billing-Error Rights Model Form (Plans Other Than Home-Equity Plans)

*Your Billing Rights: Keep This Document For Future Use*

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

*What To Do If You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at:

[Creditor Name]

[Creditor Address]

[You may also contact us on the Web: [Creditor Web or email address]]

In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar amount:* The dollar amount of the suspected error.

• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

• Within 60 days after the error appeared on your statement.

• At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing* [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

*What Will Happen After We Receive Your Letter*

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.

2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

• *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.

• *If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* [or electronically] at:

[Creditor Name]

[Creditor Address]

[[Creditor Web or e-mail address]]

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.